IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED COURT RECORDS** | No. _____<br><br>Related to Case No.<br>18-cr-0067 (WMW) |

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that I caused the following documents:

**Application of the Reporters Committee for Freedom of the Press for Access to Certain Sealed Court Records;**

**Memorandum of Points and Authorities in Support of Application of the Reporters Committee for Freedom of the Press for Access to Certain Sealed Court Records;**

**LR 7.1 Compliance Certificate; and**

**[Proposed] Order Granting Application of the Reporters Committee for Freedom of the Press for Access to Certain Sealed Court Records**

to be filed with the Clerk of Court using the CM/ECF system, and served on counsel for the following via email and U.S. Mail:

| | |
|---|---|
| JaneAnne Murray<br>Murray Law LLC<br>310 South Fourth Avenue<br>Ste 5010<br>Minneapolis, MN 55415<br>jm@mlawllc.com | Danya Elizabeth Atiyeh<br>United States Attorney's Office<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>danya.atiyeh@usdoj.gov |
| Joshua L. Dratel<br>Law Offices of Joshua L. Dratel, P.C.<br>29 Broadway, Ste 1412<br>New York, NY 10006<br>jdratel@joshuadratel.com | David C. Recker<br>Patrick T. Murphy<br>Department of Justice<br>National Security Division<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br>david.recker@usdoj.gov<br>patrick.murphy@usdoj.gov |
| *Attorneys for Terry Albury* | *Attorneys for the United States* |

Dated: October 31, 2018                    FAEGRE BAKER DANIELS LLP

                                            */s/ Leita Walker*
                                            Leita Walker