UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE THE APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED COURT RECORDS | MISC. CIVIL NO. 18-MC-85 (WMW/DTS)<br><br>**ORDER** |

The above matter came on before the undersigned upon an application by the Reporters Committee for Freedom of the Press to unseal certain court records related to the United States Government's completed criminal investigation and prosecution of Terry J. Albury [Docket No. 1]. Counsel for the Committee represent that neither the Government nor Albury oppose the application. Letter to the Court, Nov. 9, 2018, Docket No. 5.

The Court, being duly advised in the premises, upon all the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.  The Application of the Reporters Committee for Freedom of the Press for Access to Certain Sealed Court Records is GRANTED.

2.  The Clerk of the Court is directed to unseal any and all applications and supporting documents, including affidavits, seeking any of the following, any court orders granting or denying any of the following, and any other court records related to the following, such as returns, motions to seal, miscellaneous or magistrate dockets and docket entries, that relate to the investigation and prosecution of Albury:

    a. Any search warrant, regardless of whether the warrant was issued or executed, and including warrants under the Stored Communications Act.

    b. Authorization for the use of any pen register or trap and trace device pursuant to 18 U.S.C. § 3121-27, regardless of whether such authorization was granted or such a device was used; and

    c. Any order pursuant to 18 U.S.C. § 2703(d) of the Stored Communications Act, regardless of whether such order was issued or executed.

Dated:    November 29, 2018

                                          <u>s/David T. Schultz</u>
                                          DAVID T. SCHULTZ
                                          United States Magistrate Judge